IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 00-11072
Summary Calendar

JOSE ANTONIO GUZMAN,

Plaintiff-Appellant,

versus

FEDERAL EXPRESS CORP.,

Defendant-Appellee.

Appeal from the United States District Court for
the Northern District of Texas
(USDC No. 3-99-CV-659-R)
_____
March 2, 2001

Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Jose Antonio Guzman appeals from summary judgment against him on his claims

under the Americans with Disabilities Act. We agree with the district court. Guzman's

discrimination claim must fail because he offers no evidence that he had a disability or

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

was regarded as having a disability at the time he was fired. <u>See</u> <u>Murphy v. United Parcel Serv., Inc.</u>, 527 U.S. 516, 523-25 (1999). Rather, he was merely unable to drive and was regarded as only being unable to drive. Guzman's retaliation claim must also fail because he cannot show a causal link between his suit and his termination. <u>See</u> <u>Sherrod v. American Airlines, Inc.</u>, 132 F.3d 1112, 1122 (5th Cir. 1998) (requiring but-for causation).

AFFIRMED.